**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DE SHAWN DRUMGO,                          )
                                          )
              Plaintiff,        )
                                          )
        v.                )         C.A. No. 14-1134-GMS
                                          )
GOVERNOR JACK MARKELL, et al.,            )
                                          )
              Defendants.       )

**DEFENDANTS' RESPONSE TO
PLAINTIFF'S "DISCOVERY REQUEST"**

Defendants hereby respond to Plaintiff's "Reply to Answer to Amended Complaint and discovery Request" (D.I. 94, the "Reply"), docketed by the Court as a request for production of documents.  The Reply does not seek documents pursuant to Fed. R. Civ. P. 34.  Instead, the Reply appears to make argument and notes that Plaintiff would like to take a deposition.  The Reply does not seek documents.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Joseph C. Handlon*
Joseph C. Handlon, ID #3952
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, Delaware 19801
(302) 577-8400

Date: January 29, 2018                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 29, 2018, he caused a true and correct copy of

the attached ***Defendants' Response to Plaintiff's "Discovery Request"*** to be filed with the Clerk

of Court using CM/ECF and served upon the individual below via First Class Mail on the same

date:

De-Shawn Drumgo
NC 1640
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

/s/ Joseph C. Handlon
Joseph C. Handlon (#3952)