

**MATTHEW P. DENN**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499

February 28, 2018

Mr. De Shawn Drumgo
NC 1640
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

**VIA E-FILING**
**AND HAND DELIVERY**

Re:   *Drumgo v. Markel, et al.* (14-1134-GMS)
      *Drumgo v. Kuschel, et al.* (14-1135-GMS)
      *Drumgo v. Little, et al.* (14-1136-GMS)
      *Drumgo v. Pierce, et al.* (17-188-GMS)

Dear Mr. Drumgo:

Pursuant to Fed. R. Civ. P. 38(b), please be advised the Defendant William Kuschel hereby gives notice of his preservation of a right to a jury trial (if necessary). Please be further advised that all Defendants in the three open and pending matters, pursuant to Fed. R. Civ. P. 38(d), hereby oppose and do not consent to your pending Motion to withdraw your prior demand for a jury trial (if necessary) in any of said matters.

Enclosed please find the letter to the Court regarding your recently filed "Motion for Bench Trial" in each of the above-captioned matters.

Very truly yours,

*/s/ Stuart B. Drowos*
Stuart B. Drowos (#427)
Deputy Attorney General

SBD/keb

Encl.

cc:   Clerk of the Court
      Joseph C. Handlon, Deputy Attorney General
      File

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, I electronically filed *Notice of Jury Demand and Opposition to Withdrawal of Demand by Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on February 28, 2018, I have caused to be mailed by United States Postal Service, the document to the following non-registered participant:

De Shawn Drumgo
PA ID # NC1640
SCI Coal Township Correctional Facility
1 Kelley Drive
Coal Township, PA 17866-1020
*Pro se*

                                     **STATE OF DELAWARE**
                                     **DEPARTMENT OF JUSTICE**

                                     */s/ Stuart B. Drowos*
                                     Stuart B. Drowos, I.D. 427
                                     Deputy Attorney General