How are You? As for a
I'm Writing in ReGA
To Case NO. 1:14-CV-0113
1:14-CV-0113
1:14 CV 113
1:17-CV-0188
GM

Please Put it on the Docket
that I have been
Transferred to Frachville
AGAIN

Thank You for Your
Time & Efforts D.D

De-Shawn Drumgo SR.
NC1640
1111 Altamont Blvd
Frachville, PA 17931

FILED
MAY 29 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D. Drungo SR
NC1640
1111 Altamont Blvd
Frackville, PA
17931

INMATE MAIL
PA DEPT OF
CORRECTIONS

US POSTAGE $000.47

ZIP 17932
011E12650639

To: United States District Court
Clerk of U.S. District Court
Chamber of Address
844 N. King Street #18
Wilmington, Delaware
19801

FILED
MAY 29 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE